**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

IN RE:
REID, DAVID E
REID, NANCY L

CHAPTER 7 CASE

CASE NO. 06-72270 BARB

JUDGE Manuel Barbosa

Debtor(s)

### TRUSTEE'S FINAL REPORT

To:   THE HONORABLE Manuel Barbosa
      BANKRUPTCY JUDGE

NOW COMES MEGAN G. HEEG, Trustee herein, and respectfully submits to the Court and to the United States Trustee his/her Final Report and Account in accordance with 11 U.S.C. §704(9).

1.     MEGAN G. HEEG was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 12/01/06. The Trustee was appointed on 12/01/06. An order for relief under Chapter 7 was entered on 12/01/06. The Trustee's case bond is in the form of a blanket bond.

2.     The Trustee certifies that she has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A. The Trustee has not found it advisable to oppose the Debtor(s) discharge.

3.     The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.     A summary of the Trustee's Final Report as of November 16, 2007, is as follows:

        a. RECEIPTS (See Exhibit C)                     $          9,789.68

        b. DISBURSEMENTS (See Exhibit C)                $              0.00

        c. NET CASH available for distribution          $          9,789.68

        d. TRUSTEE/PROFESSIONAL COSTS

| | | |
|---|---|---|
| 1. Trustee compensation requested (See Exhibit E) | $ | 1,728.97 |
| 2. Trustee Expenses (See Exhibit E) | $ | 0.00 |
| 3. Compensation requested by attorney or other professionals for trustee (See Exhibit F) | $ | 1,833.50 |
| e. Illinois Income Tax for Estate (See Exhibit G) | $ | n/a |

5.     The Bar Date for filing unsecured claims expired on 05/18/07.

6.     All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee.

The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. Allowed unpaid secured claims | $ | 0.00 |
| b. Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 3,562.47 |
| c. Allowed Chapter 11 Administrative Claims | $ | 0.00 |
| d. Allowed priority claims | $ | 0.00 |
| e. Allowed unsecured claims | $ | 20,013.15 |

7.     Trustee proposes that unsecured creditors receive a distribution of 31.12% of allowed claims.

8.     Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00. Professional's compensation and expense requested but not yet allowed is $3,562.47. The total of Chapter 7 professional fees and expenses requested for final allowance is $3,562.47. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit F.)

9.     A fee of $0.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

10.     A fee of $0.00 was paid to a bankruptcy petition preparer for services rendered in connection with this case, and no basis appears to request an examination of these fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated:  _11- 16-07_            RESPECTFULLY SUBMITTED,


By: /s/ Megan G. Heeg
    MEGAN G. HEEG, Trustee
    Ehrmann Gehlbach Badger & Lee
    215 E. First St.
    P.O. Box 447
    Dixon, IL  61021
    Telephone # (815) 288-4949

## Exhibit A

## Description of Trustee Services - Reid

Preliminary review of Debtors' Petition, Statement of Financial Affairs and Schedules prior to First Meeting of Creditors.

Examination of Debtor at First Meeting of Creditors, discovery of potential assets including tax refunds.

Conducted preliminary discovery with regard to the location and identity of Debtor's underlying financial affairs.

Conducted investigation of tax refunds and recovered the same.

Initial report was prepared.

Prepared all forms necessary for the administration of the estate, including the estate property record, cash receipts and disbursements ledgers, employer identification number, and opening of depository accounts.

Claims were reviewed and objections were made.

A Final Report was prepared.  Upon approval of the Final Report, distribution will be made, and a Final Account will be made to close this case.

Exemptions were reviewed and objections made.

Debtors' interest in certain assets were compromised after court order.

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

| Case Number: | 06-72270 BARB |
|---|---|
| Case Name: | REID, DAVID E |
| | REID, NANCY L |
| Period Ending: | 11/16/07 |

| Trustee: | (330490) | MEGAN G. HEEG |
|---|---|---|
| Filed (f) or Converted (c): | 12/01/06 (f) | |
| §341(a) Meeting Date: | 01/12/07 | |
| Claims Bar Date: | 05/18/07 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE - scheduled | 250,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | BANK ACCOUNTS<br>Lincoln State Bank checking account | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | BANK ACCOUNTS (u)<br>Earthmover Credit Union sharedraft account | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | BANK ACCOUNTS<br>Lincoln State Bank checking account | Unknown | 0.00 | DA | 0.00 | FA |
| 5 | TAX REFUNDS (u)<br>2006 federal tax refund (portion up to date of filing) | 0.00 | 6,698.71 | | 6,698.71 | FA |
| 6 | AUTOMOBILES AND OTHER VEHICLES | 5,300.00 | 0.00 | DA | 0.00 | FA |
| 7 | AUTOMOBILES AND OTHER VEHICLES | 7,700.00 | 0.00 | DA | 0.00 | FA |
| 8 | HOUSEHOLD GOODS AND FURNISHINGS (u)<br>(first disclosed on Debtors' Amended Schedule B) | Unknown | 2,500.00 | | 2,500.00 | FA |
| 9 | TAX REFUNDS (u)<br>2006 state tax refund (portion up to date of filing) | 0.00 | 572.48 | | 572.48 | FA |
| 10 | BOATS, MOTORS, AND ASSESSORIES (u)<br>(items first disclosed on Debtors' Amended Schedule B) | Unknown | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 18.49 | Unknown |
| 11 | Assets      Totals (Excluding unknown values) | $263,100.00 | $9,771.19 | | $9,789.68 | $0.00 |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-72270 BARB

**Case Name:** REID, DAVID E
REID, NANCY L

**Period Ending:** 11/16/07

**Trustee:** (330490)   MEGAN G. HEEG

**Filed (f) or Converted (c):** 12/01/06 (f)

**§341(a) Meeting Date:** 01/12/07

**Claims Bar Date:** 05/18/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | | | | | | |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** November 30, 2007

**Current Projected Date Of Final Report (TFR):** November 16, 2007

# Form 2
# Cash Receipts And Disbursements Record

Case Number: 06-72270 BARB
Case Name: REID, DAVID E
REID, NANCY L
Taxpayer ID #: 13-7572592
Period Ending: 11/16/07

Trustee: MEGAN G. HEEG (330490)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****53-65 - Money Market Account
Blanket Bond: $150,000,000.00  (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 07/20/07 | | United States Treasury | federal tax returns and household goods | | 7,361.22 | | 7,361.22 |
| | {5} | | 6,698.71 | 1224-000 | | | 7,361.22 |
| | {8} | | household goods 662.51 | 1210-000 | | | 7,361.22 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.04 | | 7,362.26 |
| 08/24/07 | {8} | David Reid | household goods buy-back | | 2,409.97 | | 9,772.23 |
| | | | remaining portion of household goods buy back 1,837.49 | 1210-000 | | | 9,772.23 |
| | {9} | | Debtor's state refund 572.48 | 1224-000 | | | 9,772.23 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.23 | | 9,776.46 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.87 | | 9,781.33 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.74 | | 9,787.07 |
| 11/16/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 2.61 | | 9,789.68 |
| 11/16/07 | | To Account #*******5366 | prepare final report | 9999-000 | | 9,789.68 | 0.00 |

|  | | | | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 9,789.68 | 9,789.68 |
| Less: Bank Transfers | | 0.00 | 9,789.68 |
| Subtotal | | 9,789.68 | 0.00 |
| Less: Payments to Debtors | | | 0.00 |
| NET Receipts / Disbursements | | $9,789.68 | $0.00 |

() Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

Case Number: 06-72270 BARB
Case Name: REID, DAVID E
REID, NANCY L
Taxpayer ID #: 13-7572592
Period Ending: 11/16/07

Trustee: MEGAN G. HEEG (330490)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-****53-66 - Checking Account
Blanket Bond: $150,000,000.00  (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/16/07 | | From Account #*******5365 | prepare final report | 9999-000 | 9,789.68 | | 9,789.68 |
| | | | ACCOUNT TOTALS | | 9,789.68 | 0.00 | $9,789.68 |
| | | | Less: Bank Transfers | | 9,789.68 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | 0.00 | | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balance |
|---|---|---|---|
| MMA # ***_****53-65 | 9,789.68 | 0.00 | 0.00 |
| Checking # ***_****53-66 | 0.00 | 0.00 | 9,789.68 |
| | $9,789.68 | $0.00 | $9,789.68 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

IN RE:
REID, DAVID E
REID, NANCY L

          Debtor(s)

CHAPTER 7 CASE

CASE NO. 06-72270 BARB

JUDGE Manuel Barbosa

**DISTRIBUTION REPORT**

I, <u>MEGAN G. HEEG</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 3,562.47 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 6,227.21 |

TOTAL AMOUNT TO BE DISTRIBUTED:          $ 9,789.68

**EXHIBIT D**

**DISTRIBUTION REPORT**                                                    **PAGE 1**

| 1. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| Secured Claims | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ | 3,562.47 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| | MEGAN G. HEEG | | 1,728.97 | 1,728.97 |
| | Ehrmann Gehlbach Badger & Lee | | 1,776.25 | 1,776.25 |
| | Ehrmann Gehlbach Badger & Lee | | 57.25 | 57.25 |

| 3. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | | | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ | 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | | | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL | $ | | 0.00 |

| 5. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORT**                                          **PAGE 2**

§507(a)(3) - Wages, salaries or commissions limited to
$4,300.00                                                      $        0.00              0.00%

| CLAIM | | ALLOWED | PROPOSED |
|---|---|---|---|
| NUMBER CREDITOR | | REQUESTED | ALLOWANCE |
| | | TOTAL    $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $        0.00 | 0.00% |

| CLAIM | | ALLOWED | PROPOSED |
|---|---|---|---|
| NUMBER CREDITOR | | REQUESTED | ALLOWANCE |
| | | TOTAL    $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $        0.00 | 0.00% |

| CLAIM | | ALLOWED | PROPOSED |
|---|---|---|---|
| NUMBER CREDITOR | | REQUESTED | ALLOWANCE |
| | | TOTAL    $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $        0.00 | 0.00% |

| CLAIM | | ALLOWED | PROPOSED |
|---|---|---|---|
| NUMBER CREDITOR | | REQUESTED | ALLOWANCE |
| | | TOTAL    $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | $        0.00 | 0.00% |

| CLAIM | | ALLOWED | PROPOSED |
|---|---|---|---|
| NUMBER CREDITOR | | REQUESTED | ALLOWANCE |
| | | TOTAL    $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORT**                                      **PAGE 3**

§724(b)(6) - Tax Liens:                        $        0.00              0.00%

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL          $ | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | $        0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL          $ | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $        0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL          $ | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $      20,013.15 | 31.12% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | Discover Bank/Discover Financial Services | 8,364.10 | 2,602.54 |
| 3 | Chase Bank | 4,162.15 | 1,295.08 |
| 4 | LVNV Funding LLC its successors and assigns as | 7,486.90 | 2,329.59 |
| | | TOTAL          $ | 6,227.21 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| General Unsecured Subordinated claims | $        0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL          $ | 0.00 |

**EXHIBIT D**

**DISTRIBUTION REPORT**                                    **PAGE 4**

| 15.         TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $        0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|  | TOTAL      $ | 0.00 |

| 16.         TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(4) - Fines/penalties | $        0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|  | TOTAL      $ | 0.00 |

| 17.         TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(5) - Interest | $        0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|  | TOTAL      $ | 0.00 |

| 18.         TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $        0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|  | TOTAL      $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 2 | Fifth Third Bank 1850 East Paris MD # ROPS 05 Grand Rapids, MI  49546- | $  100,722.30 | Disallowed |

**EXHIBIT D**

**DISTRIBUTION REPORT**                                                    **PAGE 5**

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _11-16-07_                        /s/ Megan G. Heeg
                                         MEGAN G. HEEG, Trustee

**EXHIBIT D**