## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>REID, DAVID E<br>REID, NANCY L<br><br>                    Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06-72270 BARB<br><br>JUDGE Manuel Barbosa |

### TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:   HONORABLE Manuel Barbosa
      BANKRUPTCY JUDGE

NOW COMES MEGAN G. HEEG, Trustee herein, pursuant to 11 U.S.C. §330, and requests $1,728.97 as compensation, $0.00 of which has previously been paid, and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $9,789.68. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $   1,250.00 | ($1,250.00 maximum) |
| 10% of next $45,000.00 | $     478.97 | ($4,500.00 maximum) |
| 5% of next $950,000.00 | $         0.00 | ($47,500.00 maximum) |
| 3% of balance | $         0.00 | |
| TOTAL COMPENSATION | $   1,728.97 | |

### II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                                              $         0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No

**EXHIBIT E**

payments have previously been made or promised in any capacity in connection with the above case.

Executed this _16th_ day of _November_, 200_7_

/s/ Megan G. Heeg
SIGNATURE
MEGAN G. HEEG, Trustee
Ehrmann Gehlbach Badger & Lee
215 E. First St.
P.O. Box 447
Dixon, IL  61021
Telephone # (815) 288-4949

EXHIBIT E

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---:|---:|---:|
| **Attorney for Trustee** | | | |
|     Ehrmann Gehlbach Badger & Lee Fees | 0.00 | 1,776.25 | |
|     Ehrmann Gehlbach Badger & Lee Expenses | 0.00 | 57.25 | |
| | | | 1,833.50 |
| **Accountant for Trustee** | | | 0.00 |
| **Attorney for Debtor** | | | 0.00 |
| **Other Professionals** | | | 0.00 |
| TOTALS | $ 0.00 | $ 1,833.50 | $ 1,833.50 |

EXHIBIT F

# *EHRMANN GEHLBACH BADGER & LEE*

215 East First Street, Suite 100
P.O. Box 447
Dixon, Illinois 61021

Ph:815-288-4949     Fax:815-288-3068

David E. and Nancy L. Reid     Nov 16, 2007
907 Moffet Road
Paw Paw, Illinois 61353

|  | File #: | 070049 |
|---|---|---|
|  | Inv #: | Sample |
|  | As of: | Nov 16/07 |

RE:   Bankruptcy Asset Case

| DATE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| Jan-11-07 | Review of court file and prepare for Section 341 | 0.50 | 0.00 |
|  | Email to UST's office re: missing information | 0.20 | 0.00 |
| Jan-12-07 | Section 341 Meeting. | 0.25 | 0.00 |
| Jan-15-07 | Review file re: status. | 0.40 | 0.00 |
|  | Non legal research as to assets. | 0.30 | 0.00 |
|  | Letter to Debtors' counsel | 0.40 | 0.00 |
| Jan-30-07 | Email from UST's office; review file; review Century Collection web site; email to UST's office re: assets. | 0.50 | 0.00 |
|  | Receive and review documents from debtors. | 0.25 | 0.00 |
| Feb-06-07 | Prepare for continued Section 341 Meeting. | 0.75 | 0.00 |
| Feb-09-07 | Receive and review amended schedules. | 0.10 | 0.00 |
|  | Telephone call with Debtors' counsel re: amended schedules. | 0.20 | 0.00 |
| Feb-15-07 | Continued Section 341 Meeting. | 0.50 | 0.00 |
|  | Review file and complete refund turnover request; letter to IRS re: same. | 0.80 | 0.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| | Draft Asset Notice. | 0.20 | 0.00 |
| | Draft Inventory. | 0.40 | 0.00 |
| Feb-16-07 | To and from Debtors' home and inspect household goods. | 2.50 | 0.00 |
| Feb-20-07 | Fax from Debtor's attorney and review file re: same. | 0.30 | 0.00 |
| Feb-21-07 | Emails from and U.S. Trustee's office re: short-term handling. | 0.30 | 0.00 |
| | Telephone call from attorney for debtors re: status. | 0.25 | 0.00 |
| Mar-12-07 | Review file; voice mail and letter to Debtors' attorney re: needs. | 0.30 | 0.00 |
| Mar-14-07 | Review U.S. Trustee's Motion to Dismiss. | 0.20 | 0.00 |
| Mar-27-07 | Review file; telephone call with Debtors' attorney office re: status. | 0.30 | 0.00 |
| Mar-29-07 | Letter to Hotopp re: U.S. Trustee's Motion and short-term handling. | 0.30 | 0.00 |
| Apr-10-07 | Review file, message for Debtors' counsel. | 0.15 | 0.00 |
| | Second telephone call with Melissa from Attorney Hotopps' office; email to US Trustee's office re: same. | 0.25 | 0.00 |
| | Telephone call with Tina at Attorney Hotopp's office. | 0.10 | 0.00 |
| Apr-12-07 | Receive and review bank statements from Debtors' counsel. | 0.40 | 0.00 |
| Apr-25-07 | Telephone call from Attorney for mortgage company. | 0.10 | 0.00 |
| Apr-30-07 | Email from and to Debtors' counsel and review documents received. | 0.50 | 0.00 |
| May-08-07 | Review numerous documents from Debtors' counsel; telephone call with Attorney Hotopp. | 0.40 | 0.00 |
| May-09-07 | Court appearance before Judge Barbosa on UST's Motion; conference with USTs office. | 1.00 | 0.00 |
| Jun-01-07 | Telephone call with debtor's attorney's office; letter to Debtor's attorney re: Debtors' duties. | 0.40 | 0.00 |
| Jun-08-07 | Review documents from Debtors. | 0.30 | 0.00 |
| | Telephone call from Tina at Attorney Hotopp's office. | 0.20 | 0.00 |
| Jun-19-07 | Telephone call with Tina at Attorney Hotopp's office | 0.20 | 0.00 |
| Jun-22-07 | Email from and to UST's office. | 0.20 | 0.00 |
| Jun-26-07 | Telephone call to Attorney Hotopp's office as status; telephone call with UST's office. | 0.40 | 0.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| Jun-27-07 | Review additional documents from Debtors' review file re:status. | 0.40 | 0.00 |
| Jul-09-07 | Receive and review documents from Debtors; review file and message to debtors' attorney re: same. | 0.60 | 0.00 |
| Jul-11-07 | Letter to Attorney for Debtors. | 0.25 | 0.00 |
| Jul-12-07 | Telephone call from Attorney for creditor re: objection; review file re: same. | 0.20 | 0.00 |
| Jul-20-07 | Funds from U.S. Treasury, review file. | 0.25 | 0.00 |
| Jul-24-07 | Continued attempt to speak with Debtors' counsel and telephone call with UST's office. | 0.20 | 0.00 |
| Aug-06-07 | Review UST's Motion to Dismiss. | 0.20 | 0.00 |
| Aug-07-07 | Draft Motion, Notice and proposed Order for Turnover. | 0.80 | 0.00 |
|  | Various telephone calls with Attorney Hotopp's office re: status. | 0.30 | 0.00 |
| Aug-09-07 | To Debtor's home: updated inspection. | 1.00 | 0.00 |
| Aug-10-07 | Review file and letter to Debtor's counsel. | 0.40 | 0.00 |
| Aug-17-07 | Review and balance July bank statements. | 0.10 | 0.00 |
| Aug-20-07 | Telephone call from Tina at Attorney Hotopp's office. | 0.15 | 0.00 |
| Sep-13-07 | Review and balance August bank statements. | 0.10 | 0.00 |
| Sep-21-07 | Review file and redraft Form 1. | 0.25 | 0.00 |
| Oct-08-07 | Review and balance September bank statements. | 0.10 | 0.00 |
|  | Totals | 20.10 | $0.00 |

**Total Fees** $0.00

Previous Balance $0.00
Previous Payments $0.00

**Balance Due Now** $0.00