Case Name:   DAVID & NANCY REID
Case No:     06-72270

# **CERTIFICATION OF REVIEW**

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated:      February 1, 2008           WILLIAM T. NEARY
                                       United States Trustee, Region 11


                              BY:      */s/ Carole J. Ryczek*
                                       CAROLE J. RYCZEK
                                       Attorney for the United States Trustee