IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:  
REID, DAVID E  
REID, NANCY L

CHAPTER 7 CASE

CASE NO. 06-72270 BARB

JUDGE Manuel Barbosa

Debtor(s)

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: U.S. BANKRUPTCY COURT  
    211 S. Court Street  
    Rockford, IL 61101  
    on: February 25, 2008  
    at: 9:30 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                $         9,789.68

    b. Disbursements                           $             0.00

    c. Net Cash Available for Distribution     $         9,789.68

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MEGAN G. HEEG (Trustee Fees) | 0.00 | $1,728.97 | |
| Ehrmann Gehlbach Badger & Lee (Trustee's Firm Legal Fees) | 0.00 | $1,776.25 | |
| Ehrmann Gehlbach Badger & Lee (Trustee's Firm Legal Expenses) | 0.00 | | $57.25 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $20,013.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 31.12%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank/Discover Financial Services | $ 8,364.10 | $ 2,602.54 |
| 3 | Chase Bank | $ 4,162.15 | $ 1,295.08 |
| 4 | LVNV Funding LLC its successors and assigns as | $ 7,486.90 | $ 2,329.59 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, 211 S. Court Street, Rockford, IL 61101, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Dated: 11-16-07

For the Court,

By: /s/ Megan G. Heeg, Trustee

Trustee: MEGAN G. HEEG
Address: Ehrmann Gehlbach Badger & Lee
215 E. First St.
P.O. Box 447
Dixon, IL 61021
Phone No.: (815) 288-4949

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: lorsmith              Page 1 of 1              Date Rcvd: Feb 04, 2008
Case: 06-72270                Form ID: pdf002             Total Served: 22

The following entities were served by first class mail on Feb 06, 2008.
db         +David E Reid,    907 Moffet Road,    Paw Paw, IL 61353-9749
jdb        +Nancy L Reid,    907 Moffet Road,    Paw Paw, IL 61353-9749
aty        +William L. Hotopp,    Law Offices Of William L. Hotopp,    222 E. Church Street,
             Sandwich, IL 60548-2202
11040375   +ABN-AMRO Mortgage,    2600 W. Big Beaver Road,    Troy, MI 48084-3318
11040376   +Capital One,    P.O. Box 790216,    Saint Louis, MO 63179-0216
11040377    Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
11366346    Chase Bank,    PO BOX 15145,    Wilmington, DE 19850-5145
11171658   +Chase Bank USA, NA,    c/o Mark J. Schultz,    9140 Ward Parkway, Ste. 200,
             Kansas City, MO 64114-3325
11040378   +Citi Bank,    P.O. Box 688912,    Des Moines, IA 50368-8912
11040374   ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
             GRAND RAPIDS MI 49546-6253
            (address filed with court:  5/3 Bank,    P.O. Box 630778,    Cincinnati, OH 45263-0778)
11350878   +Fifth Third Bank,    1850 East Paris MD # ROPS 05,    Grand Rapids, MI 49546-6210
11040380    First State Bank,    P.O. Box 4513,    Carol Stream, IL 60197-4513
11040381    MBNA,    P.O. Box 15287,    Wilmington, DE 19886-5287
11040382    Nationwide Credit, Inc.,    3600 E. University Drive,    Suite B1350,    Phoenix, AZ 85034-7296
11040383    Sears,    P.O. Box 6922,    The Lakes, NV 88901-6922
11040384   +Sears,    P.O. Box 182149,    Columbus, OH 43218-2149
11040385    Verizon,    Customer Service Center,    Sioux Falls, SD 57117-6004
11040386    Verizon North,    P.O. Box 920041,    Dallas, TX 75226

The following entities were served by electronic transmission on Feb 05, 2008.
tr         +E-mail/Text: KATHY@EGBBL.COM                                            Megan G Heeg,
             Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,    Dixon, IL 61021-0447
11040379    E-mail/PDF: mrdiscen@discoverfinancial.com Feb 05 2008 03:31:34      Discover Card,
             P.O. Box 30395,    Salt Lake City, UT 84130-0395
11193166    E-mail/PDF: mrdiscen@discoverfinancial.com Feb 05 2008 03:31:34
             Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany, OH  43054-3025
11367504    E-mail/Text: resurgentbknotifications@resurgent.com
             LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*       +Megan G Heeg,    Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,
             Dixon, IL 61021-0447
                                                                                   TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 06, 2008**          **Signature:** _Joseph Speetjens_