IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Rockford DIVISION

IN RE: | CHAPTER 7 CASE
REID, DAVID E |
REID, NANCY L | CASE NO. 06-72270 BARB
|
| JUDGE Manuel Barbosa
Debtor(s) |

## TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE

TO: THE HONORABLE Manuel Barbosa
BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks have been cashed. *Evidence of canceled check(s) is attached as Group Exhibit "B" and the final bank statement is attached as Exhibit "C" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. 350.

DATE: 4/15/08          /s/ Megan G. Heeg
                       MEGAN G. HEEG, TRUSTEE

### CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the Trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

DATE: April 21, 2008          WILLIAM T. NEARY
                              United States Trustee

                              By: Carole J. Ryczek
                              Carole J. Ryczek, Attorney for U.S. Trustee

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

March 01, 2008 through March 31, 2008
Account Number: **000312019295366**

### CUSTOMER SERVICE INFORMATION

Service Center: 1-800-634-5273

00017170 DBI 802 24 09208 - NNN  1 000000000 60 0000
06-72270 REID DAVID E
REID NANCY L DEBTOR
330490 MEGAN HEEG TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## CHECKING SUMMARY  Bankruptcy Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $9,789.68 |
| Checks Paid | 6 | - 9,789.68 |
| Ending Balance | 6 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 101 | 03/11 | $1,728.97 |
| 102 | 03/11 | 1,776.25 |
| 103 | 03/11 | 57.25 |
| 104 | 03/14 | 2,602.54 |
| 105 | 03/21 | 1,295.08 |
| 106 | 03/18 | 2,329.59 |
| **Total Checks Paid** | | **$9,789.68** |



## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 03/11 | $6,227.21 |
| 03/14 | 3,624.67 |
| 03/18 | 1,295.08 |
| 03/21 | 0.00 |

EXHIBIT _____C_____

Page 1 of 4